Opinion issued June
14, 2012.








 



 

 

 

 

 

 














In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-12-00128-CV

____________

 

CORRECT CHECKS, INC., Appellant

 

V.

 

JOHN CAREW, Appellee

 

 



On Appeal from the 55th District Court 

Harris County, Texas

Trial Court Cause No. 2010–80928

 

 



MEMORANDUM
OPINION

          This is an
appeal of the trial court’s judgment signed September 19, 2011.  The parties have filed a joint motion to
dismiss the appeal, asking the Court to set aside the trial court’s judgment
and remand the case to the trial court for further proceedings.  See
Tex. R. App. P. 42.1(a)(2)(B).  An opinion
has not issued.

Accordingly, we grant the motion, set
aside the trial court’s judgment without regard to the merits, and remand this
cause to the trial court for further proceedings.  See id. 
We dismiss any other pending motions as moot.  

                                                PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Jennings and Keyes.